PROB 12C
(6/16)

Report Date: April 1, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2026

SEAN F. McAVOY, CLERK

ECF No 57

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Victor Manuel Olivera          Case Number: 0980 2:13CR06067-SAB-1

Address of Offender: Last known: ███████████████, Kennewick, Washington 99338

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 14, 2014

Original Offense:          Distribution of a Controlled Substance (Methamphetamine), 21 U.S.C. § 841(a)(1)

Original Sentence:        Prison - 120 months          Type of Supervision: Supervised Release
                          TSR - 5 years

Asst. U.S. Attorney:      Brandon Pang          Date Supervision Commenced: September 18, 2023

Defense Attorney:        Craig Webster          Date Supervision Expires: September 17, 2028

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 3, 2026.

On September 20, 2023, a United States probation officer reviewed all the conditions of supervised release with Mr. Olivera, which he signed a copy, acknowledging an understanding. He was given a signed copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |
| | **Supporting Evidence**:  Mr. Olivera is considered to be in violation of his conditions of supervision by possessing a firearm, on or about March 27, 2026. |
| | On March 27, 2026, the U.S. Marshals Service, assisted by the Federal Bureau of Investigations Safe Street Task Force, located Mr. Olivera and detained him on his outstanding federal warrant. Incident to the arrest, the agents spoke to Mr. Olivera's girlfriend, who confirmed he regularly stayed at her residence and consented to a search of the residence. In their shared master bedroom, agents located, next to  Mr. Olivera's cell phone, a black bag which contained a firearm. The firearm was identified as a H.S. Produckt, Model XD 9mm pistol, serial number XD389338.  The firearm was loaded with a round in the chamber. |

**Prob12C**
**Re: Olivera, Victor Manuel**
**April 1, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     April 1, 2026

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

4/1/2026

Date