PROB 12C
(6/16)

Report Date: August 6, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2026

SEAN F. MCAVOY, CLERK

ECF No. 79

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Victor Manuel Olivera    Case Number: 0980 2:13CR06067-SAB-1

Address of Offender: [redacted], Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 14, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance (Methamphetamine), 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 120 months<br>TSR - 5 years | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 8, 2026) | Prison - time served (103 days)<br>TSR - same term (26 months) | |
| Asst. U.S. Attorney: | Brandon Pang | Date Supervision Commenced: July 8, 2026 |
| Defense Attorney | Nick Mirr | Date Supervision Expires: September 17, 2028 |

---

### PETITIONING THE COURT

To issue a **warrant**.

On July 14, 2026, a Unites States Probation Officer reviewed all the conditions of supervised release with Mr. Olivera. He verbalized an understanding, signed a copy of his conditions, and was provided with a signed copy.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**:After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Olivera is considered to be in violation of his conditions of supervision by failing to report as directed on or about July 28, 2026.<br><br>On July 28, 2026, Mr. Olivera failed to report to the probation office as instructed. Instead, on that same date he sent the probation officer a text message reporting he was working, however, he did not provide employment information to allow the probation officer to confirm. |

The probation officer attempted to make telephonic contact with him on July 28, 2026, without success.

2 **Standard Condition #2**:After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Olivera is considered to be in violation of his conditions of supervision by failing to report as directed on or about August 6, 2026.

On August 6, 2026, the probation officer attempted to make telephonic contact with Mr. Olivera, without success, and left a voice message instructing him to report by telephone on this same date by 1 p.m. A text message with the same reporting instructions was also sent to him. A read confirmation of the text message was received at 11:11 a.m.

Mr. Olivera failed to contact or report to the probation officer as instructed on August 6, 2026.

3 **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Olivera is considered to be in violation of his conditions of supervision by failing to comply with completing a substance abuse evaluation, as directed, on or about July 31, 2026.

Mr. Olivera was instructed by the probation officer to complete a substance abuse assessment. Merit Resource Services staff confirmed Mr. Olivera attended an assessment on July 23, 2026, and he was scheduled to return for a results appointment to complete the assessment on July 31, 2026. Mr. Olivera failed to attend the results appointment as scheduled. Therefore, he failed to comply with completing the assessment as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/06/2026

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian

Signature of Judicial Officer

8/7/2026

Date